**Carlos FOSTER, Petitioner–Appellant,**

v.

**Tim V. VIRGA, Warden, Respondent–Appellee.**

No. 14–15687.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2015.*

Filed Jan. 28, 2015.

Carlos Foster, Vacaville, CA, pro se.

Before: CANBY, GOULD, and N.R. SMITH, Circuit Judges.

cation and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

MEMORANDUM **

Carlos Foster appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

The district court dismissed Foster's habeas petition on the basis that it was an unauthorized second or successive petition. The court granted a certificate of appealability on the issue of whether Foster needed permission to file the second petition given that the first petition was denied as untimely. *See, e.g., Cook v. Ryan,* 688 F.3d 598, 608 (9th Cir.2012). Foster has not addressed this issue on appeal and has thereby waived any challenge to the district court's dismissal. *See Womack v. Del Papa,* 497 F.3d 998, 1004 (9th Cir.2007).

We treat Foster's allegations regarding ineffective assistance of counsel, newly discovered DNA evidence, and cumulative error, as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

Foster's motion to dismiss the answering brief is denied.

**AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.